UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

JORGE I. TENECOTA-QUITO,

                            Plaintiff,

         - against -

THE VILLAGE OF OSSINING,
OSSINING VILLAGE POLICE DEPT.,
KEVIN SYLVESTER, *individually and as Chief of the Ossining Village Police Dept.*, JOSEPH RINALDI, *individually and as P.O. of the Ossining Village Police Dept.,* MARVISE RENNALLS, *individually and as P.O. of the of the Ossining Village Police Dept.*, STEPHEN MEUDT, *individually and as P.O. of the of the Ossining Village Police Dept.*, and JOHN DOES 1-2, *individually and as P.O. of the Ossining Village Police Dept.*,

                          Defendants.
-------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 02/25/2022

**ORDER**

20 Civ. 10588 (NSR)

Román, D.J.:

      Due to the passage of some of the dates in the Parties' proposed Case Management Plan at ECF No. 12, the Parties are directed to submit an amended Case Management Plan (blank form attached) to the Court on or before March 11, 2022.  At that time, the Court will review the amended Case Management Plan and take appropriate action.

                                        SO ORDERED.

Dated:    White Plains, New York
            February 25, 2022

                                        Nelson S. Román, U.S.D.J.

UNITED STATES DISTRICT COURT  Rev. Jan. 2012
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

                                                            **CIVIL CASE DISCOVERY PLAN**
                            Plaintiff(s),        **AND SCHEDULING ORDER**
    - against -

                            Defendant(s).      _____ CV _____ (NSR)

------------------------------------------------------------x

This Civil Case Discovery Plan and Scheduling Order is adopted, after consultation with counsel, pursuant to Fed. R. Civ. P. 16 and 26(f):

1. All parties [consent] [do not consent] to conducting all further proceedings before a Magistrate Judge, including motions and trial, pursuant to 28 U.S.C. § 636(c). The parties are free to withhold consent without adverse substantive consequences. (If all parties consent, the remaining paragraphs of this form need not be completed.)

2. This case [is] [is not] to be tried to a jury.

3. Joinder of additional parties must be accomplished by _____.

4. Amended pleadings may be filed until _____.

5. Interrogatories shall be served no later than _____, and responses thereto shall be served within thirty (30) days thereafter. The provisions of Local Civil Rule 33.3 [shall] [shall not] apply to this case.

6. First request for production of documents, if any, shall be served no later than _____.

7. Non-expert depositions shall be completed by _____.

    a. Unless counsel agree otherwise or the Court so orders, depositions shall not be held until all parties have responded to any first requests for production of documents.

    b. Depositions shall proceed concurrently.

    c. Whenever possible, unless counsel agree otherwise or the Court so orders, non-party depositions shall follow party depositions.

8. Any further interrogatories, including expert interrogatories, shall be served no later than _____.

9. Requests to Admit, if any, shall be served no later than _____.

10. Expert reports shall be served no later than _____.

11. Rebuttal expert reports shall be served no later than _____.

12. Expert depositions shall be completed by _____.

13. Additional provisions agreed upon by counsel are attached hereto and made a part hereof.

14. **ALL DISCOVERY SHALL BE COMPLETED BY** _____.

15. Any motions shall be filed in accordance with the Court's Individual Practices.

16. This Civil Case Discovery Plan and Scheduling Order may not be changed without leave of Court (or the assigned Magistrate Judge acting under a specific order of reference).

17. The Magistrate Judge assigned to this case is the Hon. _____.

18. If, after entry of this Order, the parties consent to trial before a Magistrate Judge, the Magistrate Judge will schedule a date certain for trial and will, if necessary, amend this Order consistent therewith.

19. The next case management conference is scheduled for _____, at _____. (The Court will set this date at the initial conference.)

SO ORDERED.

Dated:  White Plains, New York
_____

_____
Nelson S. Román, U.S. District Judge